**Felix L. SORKIN, Plaintiff–Appellant,**

v.

**AMSYSCO, INC., Defendant–Appellee.**

No. 2006–1519.

United States Court of Appeals, Federal Circuit.

May 11, 2007.

* Honorable S. James Otero, District Judge, United States District Court for the Central District of California, sitting by designation.

Before MAYER, Circuit Judge, CLEVENGER, Senior Circuit Judge and BRYSON, Circuit Judge.

### Judgment

PER CURIAM:

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.